United States District Court
District of Maryland

Case # 8:24-cv-00777-TJS

Donte Nelson, Sr

v.

Carlos Del Toro

---

Cetified Return Receipt from the Defendants.

Donte Nelson, Sr.

*/s/ Donte Nelson SR.*













USPS TRACKING #

9590 9402 5726 9346 5322 31

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

Sender: Please print your name, address, and ZIP+4® in this box

Donte Nelson Sr.
13505 Pendleton Street
Fort Washington, MD 20744

341405







SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Attorney General of U.S.
Main Justice Building
10th & Constitution Ave NW
Washington, DC 20530


9590 9402 5726 9346 5323 54

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
APR 11 2024

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7016 0750 0001 0550 0236

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt





